AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)   Jack, Janis G | 2. Court or Organization   U. S. District Court | 3. Date of Report   05/14/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)   U.S. District Judge - Active | 5a. Report Type (check appropriate type)   ☐ Nomination,  Date   ☐ Initial  ☑ Annual  ☐ Final   5b. ☐ Amended Report | 6. Reporting Period   01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address   1133 N. Shoreline Blvd. Room 321 Corpus Christi, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2008 MAY 15 P 10: 44
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Bar Assn. | Sept. 20, 2007 | Wilmington, Delaware | Speak atworkshop | Transportation & Parking Reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. NAVY FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 3. PROSPERITY BANK formerly First Capital Bank | B | Interest | K | T | | | | | |
| 4. ██████ARTNER, MEDICAL PLAZA ASSOC. P/S | D | Rent | J | W | PT LIQUIDATE | 7-25 | M | G | See Part VIII |
| 5. ██████ PROFIT SHARING PLAN: | | | | | | | | | |
| 6. SHORT TERM PRIME-I | D | Dividend | O | T | | | | | |
| 7. MICROSOFT CORP WASHINGTON COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. PIMCO TOTAL RETURN FUND - A | A | Dividend | J | T | | | | | |
| 9. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 10. BB&T CORP COMMON STOCK | B | Dividend | K | T | | | | | |
| 11. KRISPY KREME DOUGHNUTS COMMON STOCK | | None | J | T | | | | | |
| 12. DISCOVER BK GREENWOOD CD | B | Interest | L | T | | | | | |
| 13. FIRST BANK PR CD | B | Interest | L | T | | | | | |
| 14. RG PREMIER BK P R HA CD | C | Interest | L | T | | | | | |
| 15. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 16. ALLTELL CORP COMMON STOCK | B | Dividend | | | REDEMPTION | 11-19 | M | | |
| 17. AMERISTAR CASINOS COMMON STOCK | A | Dividend | | | REDEMPTION | 4-26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AUTOMATIC DATA PROCESSING COMMON STOCK | A | Dividend | | | REDEMPTION | 9-10 | K | | |
| 19. AVATAR HOLDINGS INC. COMMON STOCK | | None | J | T | | | | | |
| 20. AZTAR CORP COMMON STOCK | | None | | | REDEMPTION | 1-3 | K | | |
| 21. BEAR STEARNS COMPANIES INC.COMMON STOCK | A | Dividend | K | T | | | | | |
| 22. BELO CORP COMMON STOCK | A | Dividend | | | REDEMPTION | 9-7 | J | | |
| 23. BOYD GAMING COMMON STOCK | A | Dividend | K | T | | | | | |
| 24. BROOKLINE BANCORP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. CHITTENDEN CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 26. COMPUTER ASSOC. INTL/CA INC COM STOCK/CA Inc. | A | Dividend | L | T | | | | | |
| 27. EASTMAN KODAK CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. FEDERATED DEPT STORES INC. COMMONSTOCK | | None | | | REDEMPTION | 5-18 | J | | |
| 29. FIDELITY BANKSHARES INC NEW COMMON STOCK | A | Dividend | | | REDEMPTION | 1-12 | J | | |
| 30. FOREST CITY ENTERPRISES INC. CL A STOCK | A | Dividend | K | T | | | | | |
| 31. GANNETT CO. INC. COMMON STOCK | | None | | | REDEMPTION | 9-4 | J | | |
| 32. GLACIER BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. HARRAH'S ENTERTAINMENT INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 34. HEARST-ARGYLE TELEVISION COMMON STOCK | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HEWLETT PACKARD CO. COMMON STOCK | A | Dividend | L | T | | | | | |
| 36. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | A | Dividend | K | T | | | | | |
| 37. LEE ENTERPRISES COMMON STOCK | A | Dividend | | | REDEMPTION | 10-12 | J | | |
| 38. MGM MIRAGE INC. COMMON STOCK | | None | M | T | | | | | |
| 39. MARCUS CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. McCLATCHY CO. CL A STOCK | A | Dividend | | | REDEMPTION | 10-12 | J | | |
| 41. MERCANTILE BANKSHARES CORP COMMON STOCK | A | Dividend | | | REDEMPTION | 3-5 | J | | |
| 42. NEW YORK TIMES CO. CL A STOCK | A | Dividend | | | REDEMPTION | 10-12 | J | | |
| 43. NOVELLUS SYSTEMS INC. COMMON STOCK | | None | K | T | | | | | |
| 44. PROVIDENT NEW YORK BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. STERLING FINANCIAL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. SYMANTEC CORP COMMON STOCK | | None | K | T | | | | | |
| 47. TD BANKNORTH INC. COMMON STOCK | A | Dividend | | | REDEMPTION | 4-23 | K | | |
| 48. UNIVERSAL HEALTH SERVICES CLASS B STOCK | A | Dividend | K | T | | | | | |
| 49. VERISIGN INC. COMMON STOCK | | None | | | REDEMPTION | 6-13 | K | | |
| 50. WEBSTER FINANCIAL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. AVID TECHNOLOGY INC.COMMON STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BANK OF HAWAII CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 53. FIRST NIAGARA FINCL GROUP INC. COMMON STOCK | | None | J | T | | | | | |
| 54. FULTON FINCL CORP. COMMON STOCK | | None | J | T | | | | | |
| 55. HUNTINGTON BANCSHARES INC. COMMON STOCK | | None | J | T | | | | | |
| 56. INTERNATIONAL BUSINESS MACHINES CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 57. JOHN WILEY & SONS INC. CL A STOCK | | None | K | T | | | | | |
| 58. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | | None | K | T | | | | | |
| 59. MASCO CORP. COMMON STOCK | | None | | | REDEMPTION | 5-7 | J | | |
| 60. NORTHERN TRUST CORP. COMMON STOCK | | None | K | T | | | | | |
| 61. RAYMOND JAMES FINCL INC. COMMON STOCK | | None | J | T | | | | | |
| 62. TEKTRONIX INC. COMMON STOCK | | None | | | REDEMPTION | 11-19 | K | | |
| 63. VALLEY NATIONAL BANCORP. COMMON STOCK | | None | J | T | | | | | |
| 64. WINDSTREAM CORP. COMMON STOCK | | None | K | T | | | | | |
| 65. ASTA FDG INC. COMMON STOCK | | None | J | T | BUY | 6-19 | J | | |
| 66. AUTONATION INC COMMON STOCK | | None | J | T | BUY | 12-24 | J | | |
| 67. BEA SYSTEMS INC COMMON STOCK | | None | K | T | BUY | 2-21 | K | | |
| 68. BROADRIGE FINCL SOLUTIONS INC COMMON STOCK | | None | J | T | BUY | 6-19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CAPITAL CITY BK GROUP INC COMMON STOCK | | None | J | T | BUY | 7-25 | K | | |
| 70. FIRST CTZNS BANCSHARES CL A COMMON STOCK | | None | J | T | BUY | 9-6 | K | | |
| 71. HEALTH MGMT ASSOC INC NEW CL A | | None | J | T | BUY | 1-30 | K | | |
| 72. HEARST-ARGYLE TELEVISION INC COMMON STOCK | | None | K | T | BUY | 7-17 | K | | |
| 73. INDEPENDENT BK CORP MASS COMMON STOCK | | None | J | T | BUY | 10-11 | K | | |
| 74. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | | None | L | T | BUY | 8-23 | K | | |
| 75. MOTOROLA INC COMMON STOCK | | None | K | T | BUY | 5-22 | K | | |
| 76. OCEANFIRST FINANCIAL CORP COMMON STOCK | | None | K | T | BUY | 10-11 | J | | |
| 77. SHUFFLE MASTER INC COM STOCK | | None | J | T | BUY | 1-24 | K | | |
| 78. SPRINT NEXTEL CORP COM STOCK | | None | J | T | BUY | 12-6 | J | | |
| 79. TIBCO SOFTWARE INC COM STOCK | | None | J | T | BUY | 4-23 | J | | |
| 80. TRANE INC COM STOCK | | None | K | T | BUY | 11-7 | J | | |
| 81. WHITNEY HOLDING CORP COM STOCK | | None | J | T | BUY | 11-19 | J | | |
| 82. XEROX CORP COM STOCK | | None | K | T | BUY | 9-26 | K | | |
| 83. PUTNAM US GOVT INC TR IRA FROST BROKERAGE SVCS: | | | | | | | | | |
| 84. PUTNAM INTL GROWTH FD CL A | D | Dividend | L | T | | | | | |
| 85. PUTNAM INTL GROWTH FD B | | None | | | CONVERSION | 9-7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PUTNAM US GOVT INC TR IRA - FROST BROKERAGE SVCS: | | | | | | | | | |
| 87. PUTNAM INTL GROWTH FD CL A | C | Dividend | K | T | | | | | |
| 88. PUTNAM INTL GROWTH FD B | | None | | | CONVERSION | 9-7 | K | | |
| 89. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 90. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 91. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 92. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 93. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 94. FROST NATL BANK | B | Interest | K | T | | | | | |
| 95. AMERICAN BANK | A | Interest | J | T | | | | | |
| 96. AMERICAN BANK | A | Interest | J | T | | | | | |
| 97. AMERICAN BANK | A | Interest | J | T | | | | | |
| 98. AMERICAN BANK | A | Interest | J | T | | | | | |
| 99. PRIME CARE IPA | | None | J | T | | | | | |
| 100. 9.428562% Int█ CARDIOVASCULAR IMAGING, L.P. | C | Distribution | K | T | | | | | |
| 101. 9.524% INT█ CARDIOVASCULAR IMAGING MGMT, L C | A | Interest | J | T | | | | | |
| 102. TRUST #1 - REAL ESTATE, █ | D | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 104. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | B | Dividend | K | T | | | | | |
| 105. AMERICAN BANK | | None | J | T | | | | | |
| 106. FIRST NATL BANK | C | Interest | L | T | | | | | |
| 107. FIRST NATL BANK | A | Interest | J | T | | | | | |
| 108. FROST NATL BANK | | None | J | T | | | | | |
| 109. AMERICAN BANK | A | Int./Div. | J | T | | | | | |
| 110. AMERICAN PHYSICIANS SRVICE GROUP INC. COM STOCK | A | Dividend | J | T | BUY | 4-1 | J | | |
| 111. FROST NATL BANK | A | Dividend | J | T | OPEN | 7-31 | L | | |
| 112. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | A | Dividend | J | T | OPEN | 8-2 | J | | |
| 113. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | J | T | OPEN | 8-2 | J | | |
| 114. NAVY FEDERAL CREDIT UNION | B | Interest | K | T | BUY | 7-30 | K | | |
| 115. EDUCATION TRUST #1 | A | Interest | J | T | ESTABLISHED | 12-28 | J | | |
| 116. EDUCATION TRUST #2 | A | Interest | J | T | ESTABLISHED | 12-28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jack, Janis G | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

4. Sale of partnership rental property in Nueces County, TX to Staples Medical Tower, LLC.

86. Conversion from Class B fund to Class A fund.

88. Conversion from Class B fund to Class A fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/14/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544